# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY'LIN SHAYLAH BARBEE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:21-CV-0286-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On March 23, 2022, the Court directed Plaintiff to show cause why the action should not be dismissed for failure to timely file a dispositive motion. See ECF No. 14. On April 22, 2022, Plaintiff filed her motion for summary judgment. See ECF No. 17. The Court deems Plaintiff's motion to be timely and discharges the order to show cause. Defendant's response is due within the time specified in the Court's December 14, 2021, scheduling order.

IT IS SO ORDERED.

Dated: May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1