# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SHAY'LIN SHAYLAH BARBEE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-00286-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      Pending the Court's approval, Defendant requests that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 6, 2022, up to and including July 6, 2022.  This is the Defendant's first request for an extension.

      Defendant requests this extension in order to further consider the 1097-page administrative record in light of the four issues raised in Plaintiff's motion.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: June 3, 2022                    /s/ *Jesse S. Kaplan*
                                        (*as authorized via e-mail on June 3, 2022)
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: June 3, 2022 | | PHILLIP A. TALBERT<br>United States Attorney<br>WILLY M. LE<br>Acting Regional Chief Counsel, Region VI<br>PETER K. THOMPSON, of Counsel<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | /s/ *Tracey Wirmani*<br>TRACEY WIRMANI<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 6, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  June 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE