**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHAY'LIN SHAYLAH BARBEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00286-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fifteen (15) days from July 6, 2022, up to and including July 21, 2022.  This is the Defendant's second request for an extension.

Defendant requests this extension in order to further consider the 1097-page administrative record in light of the four issues raised in Plaintiff's motion.  Due to multiple other briefs due around this same time and an illness in the family of the assigned attorney that prevented earlier completion of the Defendant's response, the Defendant respectfully requests fifteen days extension.

/ /

/ /

/ /

Stip. for Ext.; 2:21-cv-00286-DMC　　　　　　　1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

          Respectfully submitted,

Dated: July 6, 2022

/s/ *Jesse S. Kaplan*
(*as authorized via e-mail on July 6, 2022)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: July 6, 2022

PHILLIP A. TALBERT
United States Attorney
WILLY M. LE
Acting Regional Chief Counsel, Region VI
PETER K. THOMPSON, of Counsel
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Tracey Wirmani*
TRACEY WIRMANI
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 21, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Dated: July 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE