**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SHAYLIN SHAYLAH BARBEE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

SHAYLIN SHAYLAH BARBEE,                    No.   2:21-cv-00286-DMC

        Plaintiff,

                                                          STIPULATION AND ORDER
                                                          FOR  EXTENSION OF
                                                           TIME TO FILE PLAINTIFF'S
   v.                                                          REPLY BRIEF

**Kilolo Kijakazi, ACTING**
**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____/

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 19, 2022.

    This is a first request with respect to this reply brief, of approximately 10 days, and is based on plaintiff's counsel's briefing schedule and being out of town for a few of the intervening days.

[Pleading Title] - 1

Dated:  August 9, 2022                                          /s/     *Jesse S. Kaplan*

                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff

Dated:  August 10, 2022                                          */s/ per e-mail authorization*

                                                                TRACEY WIRMANI
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to August 19, 2022.

SO ORDERED.

Dated:  August 11, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE